No. 4601.—JIMÉNEZ, apldo., v. JIMÉNEZ, aplte.—C. D. Humacao. Mayo 31, 1928. Apareciendo que el escrito de apelación en el presente caso fué radicado en la secretaría de la corte de distrito el día 20 de julio, 1927, y que el apelante no ha radicado transcripción alguna en la secretaría de este tribunal, ni solicitado prórroga para hacerlo, ni ha radicado en la secretaría de la corte de distrito la transcripción de la evidencia, a pesar de haber transcurrido con exceso la última prórroga concedida para ello, se declara con lugar la moción presentada por la parte apelada y en su consecuencia se desestima la apelación interpuesta.

No. 3522.—EL PUEBLO, apldo., v. MARENGO, aplte.— C. D. Ponce. Mayo 31, 1928. Por cuanto el apelante, acusado de haber portado un arma prohibida solamente levanta la cuestión de que la corte erró al apreciar la prueba; Por cuanto la única contienda litigiosa era que el acusado usó como mayordomo un arma dentro de la finca de su principal o en la carretera y como esta cuestión fué resuelta en su contra por el juez como demuestra su opinión oral; no encontrando que el juez sentenciador haya cometido error manifiesto o actuado con pasión, prejuicio o parcialidad, se confirma la sentencia apelada.